UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MARK WESTERFIELD,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    CAUSE NO.:2:10-CV-46-PRC |
| THE TOWN OF MUNSTER, STEPHEN F. SCHECKEL, individually and as Chief of Police, and KURT MATZ, individually and as a Lieutenant,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

This matter is before the Court on a Joint Stipulation for Dismissal [DE 25], filed by Defendant on June 14, 2011. The parties stipulate to the dismissal of this case with prejudice.

Accordingly, the Court hereby **GRANTS** the motion contained within the Joint Stipulation for Dismissal [DE 25] and **ORDERS** that this case be **DISMISSED with prejudice**.

SO ORDERED this 15th day of June, 2011.

                                                           s/ Paul R. Cherry
                                                           MAGISTRATE JUDGE PAUL R. CHERRY
                                                           UNITED STATES DISTRICT COURT

cc:    All counsel of record